# Court of Appeals
# of the State of Georgia

ATLANTA, September 08, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0048. IN RE: ERICA SUTTER.

On May 28, 2025, the Superior Court of Gwinnett County issued an ex parte order holding Appellant Erica Sutter in contempt of court and ruling, among other things, that Sutter "shall not participate as counsel" for her client in certain pending cases in other jurisdictions. Appellant timely filed a notice of appeal as well as an emergency application for supersedeas in the trial court. On August 8, 2025, the trial court denied her application for supersedeas.

Appellant has now filed an emergency motion in this Court, pursuant to Court of Appeals Rule 40 (b), seeking a stay of the superior court's contempt order pending appeal. Specifically, Appellant contends that an emergency stay is warranted because she is likely to succeed on the merits; she will suffer irreperable injury without one; and equity demands such given that the order was entered without initially providing her due process to challenge it and that the superior court was without jurisdiction to govern Sutter's ability to practice in other jurisdictions.

It is well established that the appellate courts of this State "have the authority to grant a stay or injunction pending appeal[.]" *Green Bull Ga. Partners, LLC v. Register*, 301 Ga. 472, 473 (801 SE2d 843) (2017). And an appellate court possesses "inherent power to grant supersedeas in such manner as it may determine to meet the ends of justice." *Turner v. Haper*, 233 Ga. 483, 484 (211 SE2d 742) (1975). Given this authority and having considered Appellant's motion, we hereby GRANT it. Accordingly, the superior court's May 28, 2025, order is STAYED pending appeal in this matter.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___09/08/2025_____

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.